# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

In re: MCLAIN, DONNA MARIE § Case No. 11-26861-CMB
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Rosemary Crawford, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $0.00                         Assets Exempt: $101,245.94
*(without deducting any secured claims)*

Total Distribution to Claimants: $975.00        Claims Discharged
                                                Without Payment: $44,974.80

Total Expenses of Administration: $6,369.89

3) Total gross receipts of $ 12,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 4,655.11 (see **Exhibit 2**), yielded net receipts of $7,344.89 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $137,393.58 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 6,369.89 | 6,369.89 | 6,369.89 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 37,749.42 | 25,062.08 | 25,062.08 | 975.00 |
| **TOTAL DISBURSEMENTS** | $175,143.00 | $31,431.97 | $31,431.97 | $7,344.89 |

4) This case was originally filed under Chapter 7 on November 08, 2011. The case was pending for 16 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/26/2013          By: /s/Rosemary Crawford
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| PERSONAL INJURY CLAIM BY BLAIR CHRISE (2/14/11) | 1129-000 | 12,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$12,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Donna McLain Debtor's Exemption | Dividend paid 100.00% on $4,655.11; Claim# 9; Filed: $4,655.11; Reference: | 8100-002 | 4,655.11 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$4,655.11** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Chase Home Finance LLC | 4110-000 | 114,393.58 | N/A | N/A | 0.00 |
| NOTFILED | Nissan Finance | 4210-000 | 23,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$137,393.58** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Rosemary C. Crawford | 2100-000 | N/A | 1,000.00 | 1,000.00 | 1,000.00 |
| WILLIAM JAMES ROGERS, ESQUIRE | 3210-000 | N/A | 4,000.00 | 4,000.00 | 4,000.00 |
| WILLIAM JAMES ROGERS, ESQUIRE | 3220-000 | N/A | 1,344.89 | 1,344.89 | 1,344.89 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$6,369.89** | **$6,369.89** | **$6,369.89** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Scott Bittner | 7100-000 | 5,798.32 | 5,798.32 | 5,798.32 | 225.58 |
| 2 | Jeffrey Kourey | 7100-000 | unknown | 1,609.87 | 1,609.87 | 62.63 |
| 3 | First Niagara Bank N.A. | 7100-000 | 307.48 | 8,511.14 | 8,511.14 | 331.11 |
| 4 | Citibank, N.A. | 7100-000 | 550.00 | 467.43 | 467.43 | 18.18 |
| 5 | GE Capital Retail Bank | 7100-000 | 1,700.00 | 1,447.00 | 1,447.00 | 56.29 |
| 6 | GE Capital Retail Bank | 7100-000 | 1,500.00 | 1,353.01 | 1,353.01 | 52.64 |
| 7 | Springleaf Financial Services | 7100-000 | 6,543.90 | 5,421.44 | 5,421.44 | 210.91 |
| 8 | Capital One, N.A. | 7100-000 | 462.00 | 453.87 | 453.87 | 17.66 |
| NOTFILED | First Niagara Bank N.A. | 7100-000 | 8,044.00 | N/A | N/A | 0.00 |
| NOTFILED | Orchard Bank | 7100-000 | 2,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Heritage Financial Recovery Services | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | United Consumer Financial | 7100-000 | 1,500.00 | N/A | N/A | 0.00 |
| NOTFILED | PNC Bank NA | 7100-000 | 495.87 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | PNC Bank NA | | 7100-000 | 8,347.85 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | | $37,749.42 | $25,062.08 | $25,062.08 | $975.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-26861-CMB  
**Case Name:** MCLAIN, DONNA MARIE  

**Trustee:** (580750)  Rosemary Crawford  
**Filed (f) or Converted (c):** 11/08/11 (f)  
**§341(a) Meeting Date:** 12/19/11  

**Period Ending:** 02/26/13  
**Claims Bar Date:** 08/21/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 3 LIND WAY, CARNEGIE, PA | 119,000.00 | 0.00 | | 0.00 | FA |
| 2 | BANK ACCOUNT | 350.00 | 0.00 | | 0.00 | FA |
| 3 | HOUSEHOLD GOODS | 10,000.00 | 0.00 | | 0.00 | FA |
| 4 | CLOTHING | 200.00 | 0.00 | | 0.00 | FA |
| 5 | FURS AND JEWELRY | 1,200.00 | 0.00 | | 0.00 | FA |
| 6 | INSURANCE POLICIES | 0.00 | 0.00 | | 0.00 | FA |
| 7 | 401(K) SAVINGS | 6,795.00 | 0.00 | | 0.00 | FA |
| 8 | PERSONAL INJURY CLAIM BY BLAIR CHRISE (2/14/11)<br>   Debtor agreed to $2,000 of proceeds to go to the estate | Unknown | 12,000.00 | | 12,000.00 | FA |
| 9 | 2012 NISSAN | 15,000.00 | 0.00 | | 0.00 | FA |
| 10 | 2011 INCOME TAX REFUND  (u)<br>   Added by Amendment. | 5,000.00 | 0.00 | | 0.00 | FA |
| **10** | **Assets    Totals** (Excluding unknown values) | **$157,545.00** | **$12,000.00** | | **$12,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

12/6/12  
412-279-3131, scott bitner 11-26861bm, couple questions 496-6643

10/5/12  
412-496-6643, scott bitner, mclain

10/3/12  
call from scott bittner re payment

8/22/12 finalze TFR

8/9/12 request certificate of costs

8/21/12 is claims register deadline and ready to file tfr

7/12/12 stipulation filed

Printed: 02/26/2013 01:18 PM     V.13.11

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 11-26861-CMB  
**Case Name:** MCLAIN, DONNA MARIE  

**Period Ending:** 02/26/13

**Trustee:** (580750) Rosemary Crawford  
**Filed (f) or Converted (c):** 11/08/11 (f)  
**§341(a) Meeting Date:** 12/19/11  
**Claims Bar Date:** 08/21/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

7/11/12 conference call with Mary Bower Sheats re stipulation, bitner's claim was amended to unsecured

7/7/12 RECEIPT OF FUNDS

6/19/12 settlement approved

5/25/12
412-279-3131, scott bitner, letter re creditor, mclain case, 412-496-6643; call to bitner re amend claim or rcc will object

5/19/12 NOTICE OF ASSETS, prepare and file settlement motion

5/7/12 agree to $12,000.00 and $2,000 to the estate, not a lot of injury just chiropractic care; rcc request a breakdown of fees and expenses and the settlement k and she will file motion to approve settlement

4/4/12 corr. from AFD requesting I file report so debtor can receive discharge; corr. to afd that rcc filed a proper report on 12/22/11, and she may contact the clerk's office re discharge.

3/28/12 Scott Bittner, 412-496-6643

3/20/12 request for status report

1/25/12 special counsel appointed

1/12/12
412-232-3428, jim rogers, donna mclain cas 11-26861, make sure rcc got the appointment and where it stood, etc. 412-316-8651

1/5/12
412-232-3428, bj, jim rogers, Thompson Rhodes and callie, donna marie mclain 11-26861bm, requested verification, etc, and did it 12/28/11 - did rcc get the information, bj 412-316-8692

12/30/11 corr. from special counsel re case and file motion to appoint special counsel

12/29/11 fourth or fifth call this week to special counsel 412-232-3400 with no return call

12/28/11
412-279-3131  bitner 1126861bm 412-496-6643

Printed: 02/26/2013 01:18 PM    V.13.11

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-26861-CMB  
**Case Name:** MCLAIN, DONNA MARIE  

**Period Ending:** 02/26/13

**Trustee:** (580750) Rosemary Crawford  
**Filed (f) or Converted (c):** 11/08/11 (f)  
**§341(a) Meeting Date:** 12/19/11  
**Claims Bar Date:** 08/21/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

412-279-3131   scott bitner, creditor 11-26861bm mclain   need to get a proof of claim

12/27/11 FOLLOW-UP CALL TO SPECIAL COUNSEL

12/22/11 call to afd re exemptions, file employ rcc and objection to exemptions, call rogers re verification and corr returning his call 412-232-3400

12/21/11 initial corr to special counsel

William James Rogers, Esquire  
Thompson Rhodes & Cowie  
Two Chatham Center  
Tenth Floor  
112 Washington Place  
Pittsburgh, PA 15219  
412-232-3400  
Fax: 412.232.3498

William James Rogers  
Thomson, Rhodes & Cowie, P.C.  
1010 Two Chatham Center  
Pittsburgh, PA 15219  
412-316-8651  
412-232-3498 (fax)  
wjr@trc-law.com

Mary Bower Sheats  
Frank,Gale, Bails, Murcko & Pocrass,P.C.  
3300 Gulf Tower  
707 Grant Street  
Pittsburgh, PA 15219  
412-471-5931  
Fax : 412-471-7351  
Email: mbsheats@fbmgg.com

Exhibit 8

# Form 1

Page: 4

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-26861-CMB  
**Case Name:** MCLAIN, DONNA MARIE  

**Trustee:** (580750) Rosemary Crawford  
**Filed (f) or Converted (c):** 11/08/11 (f)  
**§341(a) Meeting Date:** 12/19/11  

**Period Ending:** 02/26/13  

**Claims Bar Date:** 08/21/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 12, 2012     **Current Projected Date Of Final Report (TFR):** August 27, 2012 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-26861-CMB
**Case Name:** MCLAIN, DONNA MARIE

**Taxpayer ID #:** **-***4426
**Period Ending:** 02/26/13

**Trustee:** Rosemary Crawford (580750)
**Bank Name:** Rabobank, N.A.
**Account:** ****944766 - Checking Account
**Blanket Bond:** $10,059,123.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 02/26/2013 01:18 PM    V.13.11

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 11-26861-CMB | | Trustee: | Rosemary Crawford (580750) |
| Case Name: | MCLAIN, DONNA MARIE | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******98-66 - Checking Account |
| Taxpayer ID #: | **-***4426 | | Blanket Bond: | $10,059,123.00  (per case limit) |
| Period Ending: | 02/26/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/07/12 | {8} | ERIE INSURANCE EXCHANGE | SETTLEMENT PROCEEDS RE COURT ORDER DOCKET #44 | 1129-000 | 12,000.00 | | 12,000.00 |
| 07/11/12 | 101 | WILLIAM JAMES ROGERS, ESQUIRE | SPECIAL COUNSEL FEES PER COURT ORDER DOCKET #44 | 3210-000 | | 4,000.00 | 8,000.00 |
| 07/11/12 | 102 | WILLIAM JAMES ROGERS, ESQUIRE | SPECIAL COUNSEL EXPENSES PER COURT ORDER DOCKET #44 | 3220-000 | | 1,344.89 | 6,655.11 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,630.11 |
| 11/02/12 | 103 | Donna McLain Debtor's Exemption | Dividend paid 100.00% on $4,655.11; Claim# 9; Filed: $4,655.11; Reference: | 8100-002 | | 4,655.11 | 1,975.00 |
| 11/02/12 | 104 | Rosemary C. Crawford | Dividend paid 100.00% on $1,000.00, Trustee Compensation;  Reference: | 2100-000 | | 1,000.00 | 975.00 |
| 11/02/12 | 105 | Scott Bittner | Dividend paid   3.89% on $5,798.32; Claim# 1; Filed: $5,798.32; Reference: | 7100-000 | | 225.58 | 749.42 |
| 11/02/12 | 106 | Jeffrey Kourey | Dividend paid   3.89% on $1,609.87; Claim# 2; Filed: $1,609.87; Reference: | 7100-000 | | 62.63 | 686.79 |
| 11/02/12 | 107 | First Niagara Bank N.A. | Dividend paid   3.89% on $8,511.14; Claim# 3; Filed: $8,511.14; Reference: | 7100-000 | | 331.11 | 355.68 |
| 11/02/12 | 108 | Citibank, N.A. | Dividend paid   3.89% on $467.43; Claim# 4; Filed: $467.43; Reference: | 7100-000 | | 18.18 | 337.50 |
| 11/02/12 | 109 | GE Capital Retail Bank | Dividend paid   3.89% on $1,447.00; Claim# 5; Filed: $1,447.00; Reference: | 7100-000 | | 56.29 | 281.21 |
| 11/02/12 | 110 | GE Capital Retail Bank | Dividend paid   3.89% on $1,353.01; Claim# 6; Filed: $1,353.01; Reference: | 7100-000 | | 52.64 | 228.57 |
| 11/02/12 | 111 | Springleaf Financial Services | Dividend paid   3.89% on $5,421.44; Claim# 7; Filed: $5,421.44; Reference: | 7100-000 | | 210.91 | 17.66 |
| 11/02/12 | 112 | Capital One, N.A. | Dividend paid   3.89% on $453.87; Claim# 8; Filed: $453.87; Reference: | 7100-000 | | 17.66 | 0.00 |
| | | | ACCOUNT TOTALS | | 12,000.00 | 12,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 12,000.00 | 12,000.00 | |
| | | | Less: Payments to Debtors | | | 4,655.11 | |
| | | | NET Receipts / Disbursements | | $12,000.00 | $7,344.89 | |

{} Asset reference(s)

Printed: 02/26/2013 01:18 PM    V.13.11

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 11-26861-CMB | | **Trustee:** | Rosemary Crawford (580750) |
|---|---|---|---|---|
| **Case Name:** | MCLAIN, DONNA MARIE | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******98-66 - Checking Account |
| **Taxpayer ID #:** | **-***4426 | | **Blanket Bond:** | $10,059,123.00   (per case limit) |
| **Period Ending:** | 02/26/13 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

```
        Net Receipts :       12,000.00
Less Payments to Debtor :     4,655.11
                           _____
         Net Estate :        $7,344.89
```

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ****944766** | 0.00 | 0.00 | 0.00 |
| **Checking # 9200-******98-66** | 12,000.00 | 7,344.89 | 0.00 |
| | $12,000.00 | $7,344.89 | $0.00 |